AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tatel, David S. | U.S. Court of Appeals, DC Cir. | 05/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Self-Employed (education consultant) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Academy of Sciences, Washington, D.C. | 3/11/15-3/17/15 | Irvine, CA | Attend Committee Meeting | Airfare, Meals, Local Transportation |
| 2. | National Academy of Sciences, Washington, D.C. | 10/20/15-10/21/15 | Washington, D.C. | Attend Committee Meeting | Parking |
| 3. | American Academy of Arts and Sciences, Cambridge, MA | 11/11/15-11/12/15 | Cambridge, MA | Participate in Panel Discussion | Local Transportation |
| 4. | American Society of International Law, Washington, D.C. | 11/20/15 | Washington, D.C. | Attend Advisory Board Meeting | Local Transportation |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One Bank | A | Interest | M | T | | | | | |
| 2. Starbucks Corp. | B | Dividend | M | T | | | | | |
| 3. Standard & Poors Midcap 400 | B | Dividend | M | T | | | | | |
| 4. Federal Realty Investment Trust | B | Dividend | L | T | Donated (part) | | | | |
| 5. Avalonbay Communities | B | Dividend | L | T | | | | | |
| 6. Wisconsin St 4.75% due 5/1/25 | B | Interest | L | T | | | | | |
| 7. Spring, TX Indpt Sch 5% due 8/15/33 | B | Interest | K | T | | | | | |
| 8. Schwab Advisors Cash Reserves Premier Fund | A | Dividend | K | T | | | | | |
| 9. DFA Emerging Markets Core Equity Portfolio | A | Dividend | J | T | | | | | |
| 10. DFA Emerging Markets Value Portfolio | A | Dividend | K | T | | | | | |
| 11. DFA International Small Cap Value Portfolio | A | Dividend | J | T | | | | | |
| 12. DFA T.A. U.S. Core Equity 2 Portfolio | A | Dividend | K | T | | | | | |
| 13. DFA US Core Equity 2 Portfolio | A | Dividend | K | T | Sold (part) | 07/20/15 | K | D | |
| 14. United Therapeutics Corp. | | None | | | Buy | 07/17/15 | J | | |
| 15. -See Line 14 | | | | | Buy (add'l) | 07/20/15 | K | | |
| 16. -See Line 14 | | | | | Sold | 12/9/15 | K | A | |
| 17. Solaredge Tech | | None | J | T | Buy | 04/17/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Simplified Employee Pension Plan (SEP-IRA) | C | Dividend | M | T | | | | | |
| 19. --Schwab Advisors Cash Reserve Premier Fund | | | | | Sold (part) | 12/31/15 | J | A | |
| 20. --DFA Selectively Hedged Global Fixed Income Portfolio | | | | | Sold (part) | 12/04/15 | J | A | |
| 21. --DFA International Core Equity Portfolio | | | | | Buy (add'l) | 03/09/15 | J | | |
| 22. -See Line 21 | | | | | Buy (add'l) | 06/08/15 | J | | |
| 23. -See Line 21 | | | | | Buy (add'l) | 09/09/15 | J | | |
| 24. -See Line 21 | | | | | Buy (add'l) | 10/27/15 | J | | |
| 25. -See Line 21 | | | | | Buy (add'l) | 12/15/15 | J | | |
| 26. Individual Retirement Account | F | Int./Div. | P1 | T | | | | | |
| 27. --U.S. Treasury TIPS 2% due 1/15/26 | | | | | | | | | |
| 28. --Vanguard S/T Investment Grade Fd | | | | | Buy (add'l) | 03/30/15 | L | | |
| 29. --Vanguard Inter Term Corporate Bond Fd | | | | | | | | | |
| 30. --DFA Five Year Global Fixed Income Portfolio | | | | | | | | | |
| 31. --DFA Short Term Extended Quality Portfolio Instl | | | | | Sold (part) | 06/29/15 | M | A | |
| 32. --DFA Short Term Government Portfolio | | | | | Sold | 01/08/15 | M | A | |
| 33. --DFA Selectively Hedged Global Fixed Income Portfolio | | | | | Buy (add'l) | 01/08/15 | M | | |
| 34. ---See Line 33 | | | | | Buy (add'l) | 12/29/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --PIMCO Emerging Local Bond Fund | | | | | | | | | |
| 36. --DFA Emerging Markets Core Equity Portfolio | | | | | | | | | |
| 37. --DFA Emerging Markets Small Cap Portfolio | | | | | | | | | |
| 38. --DFA International Core Equity Portfolio | | | | | | | | | |
| 39. --DFA International Small Cap Value Portfolio | | | | | | | | | |
| 40. --DFA U.S. Core Equity 2 Portfolio | | | | | Sold (part) | 03/30/15 | K | E | |
| 41. ---See Line 40 | | | | | Sold (part) | 12/04/15 | K | E | |
| 42. --DFA U.S. Small Cap Value Portfolio | | | | | Sold (part) | 12/04/15 | L | D | |
| 43. --DFA U.S. Micro Cap Portfolio | | | | | | | | | |
| 44. --DFA Emerging Markets Value Portfolio | | | | | Buy (add'l) | 12/29/15 | K | | |
| 45. --Schwab Advisors Cash Reserve Premier Fund | | | | | Buy (add'l) | 12/31/15 | J | | |
| 46. --Templeton Global Bond Fund | | | | | | | | | |
| 47. --Vanguard Total International Bond ETF | | | | | | | | | |
| 48. --Vanguard Short-Term Inflation-Protected Securities ETF | | | | | | | | | |
| 49. --Vanguard Emerging Markets Government Bond ETF | | | | | | | | | |
| 50. --United Therapeutics | | | | | Buy | 07/17/15 | J | | |
| 51. --DFA Targeted Credit Portfolio | | | | | Buy | 06/29/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Life Insurance- Massachusetts Mutual Life Insurance | D | Int./Div. | M | T | | | | | |
| 53. Rental property, Rappahannock County, VA (8/2/96 $86,600) | D | Rent | L | R | | | | | |
| 54. Nevada College Savings Plan Vanguard Moderate Growth Port (no control) | | None | K | T | Buy (add'l) | 12/28/15 | J | | |
| 55. -See Line 54 | | None | K | T | Buy (add'l) | 12/28/15 | J | | |
| 56. -See Line 54 | | None | K | T | Buy (add'l) | 12/28/15 | J | | |
| 57. -See Line 54 | | None | K | T | Buy (add'l) | 12/28/15 | J | | |
| 58. Nevada College Savings Plan Vanguard Income Portfolio (no control) | | None | K | T | Buy (add'l) | 12/28/15 | J | | See Note 1 |
| 59. Nevada College Savings Plan Vanguard Conserv Grwth Port (no control) | | None | K | T | Buy (add'l) | 12/28/15 | J | | See Note 2 |
| 60. Nevada College Savings Plan Vanguard Growth Portfolio (no control) | | None | K | T | Buy (add'l) | 12/28/15 | J | | See Note 3 |
| 61. -See Line 60 | | None | J | T | Buy (add'l) | 12/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII- Investments & Trusts

Note 1- Investment strategy changed from Moderate Growth Portfolio to Income Portfolio.
Note 2- Investment strategy changed from Moderate Growth Portfolio to Conservative Growth Portfolio.
Note 3- Investment strategy changed from Moderate Growth Portfolio to Growth Portfolio.

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/10/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David S. Tatel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544